1  MENNEMEIER, GLASSMAN & STROUD LLP
   ANDREW W. STROUD (SBN 126475)
2  LANDON D. BAILEY (SBN 240236)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814
   Telephone:    (916) 553-4000
4  Facsimile:    (916) 553-4011
   E-mail:       stroud@mgslaw.com
5
   Attorneys for Defendant
6  Video Gaming Technologies, Inc.

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | OEM-TECH, CO, a California sole              ) | Case No. 3:10-cv-04368-RS
   | proprietorship owned and operated by Charles ) |
12 | Estes,                                       ) | **STIPULATION TO SET NEW**
   |                                              ) | **HEARING DATE ON MOTION TO**
13 |                Plaintiff,                    ) | **DISMISS PLAINTIFFS' THIRD AND**
   |                                              ) | **FIFTH CLAIMS FOR RELIEF**
14 | v.                                           ) | **PURSUANT TO FEDERAL RULE OF**
   |                                              ) | **CIVIL PROCEDURE 12(b)(6), OR,**
15 | VIDEO GAMING TECHNOLOGIES, INC., a           ) | **ALTERNATIVELY, STRIKE**
   | Corporation doing business in California as  ) | **PURSUANT TO FEDERAL RULE OF**
16 | VGT, INC., and DOES 1-50, inclusive          ) | **CIVIL PROCEDURE 12(f);**
   |                                              ) | [~~PROPOSED~~] **ORDER THEREON**
17 |                Defendant.                    ) |
   |                                              ) | Date:     December 16, 2010
18 |                                              ) | Time:     1:30 p.m.
   |                                              ) | Judge:    Honorable Richard Seeborg
19 |                                              ) | Location: Courtroom 3, 17th Floor
   |                                              ) |
20 |                                              ) | Complaint Filed:    July 16, 2010
   |                                              ) |
21 | _____         ) | Date of Removal:    September 28, 2010

22

23

24

25

26

27

28

# RECITALS

1. On September 28, 2010, Defendant Video Gaming Technologies, Inc. ("VGT") removed this matter from California Superior Court for the County of Alameda. At that time, this matter was assigned to Magistrate Judge James Larson.

2. On October 5, 2010, Defendant VGT filed a Motion to Dismiss Plaintiff's Third and Fifth Claims for Relief Pursuant to Federal Code of Civil Procedure 12(b)(6), Or, Alternatively, to Strike Pursuant to Federal Rule of Civil Procedure 12(f) (the "VGT Motion to Dismiss"). The VGT Motion to Dismiss was noticed and scheduled to be heard on November 3, 2010 before Magistrate Judge James Larson.

3. On October 5, 2010, Defendant VGT also filed a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.

4. On October 6, 2010, this Court issued a Reassignment Order. The Reassignment Order assigned this matter to Judge Richard Seeborg, and vacated the previously established hearing date on the VGT Motion to Dismiss.

5. On October 12, 2010, counsel for the parties conferred regarding establishing a new hearing date for VGT Motion to Dismiss. Counsel for Plaintiff OEM-Tech, Co. indicated that he would like to postpone the hearing for various reasons. Counsel for Defendant would like to accommodate this request.

# STIPULATION

In light of the above-specified facts, the parties hereby stipulate as follows:

1. The VGT Motion to Dismiss shall be heard on December 16, 2010, at 1:30 p.m., before the Honorable Judge Richard Seeborg. Plaintiff OEM-Tech, Co.'s opposition brief, if any, shall be filed on or before November 24, 2010. Defendant VGT's reply brief, if any, shall be filed on or before December 2, 2010.

2. Defendant VGT shall serve Plaintiff OEM-Tech, Co. with an amended notice reflecting this new hearing date and briefing schedule. Plaintiff OEM-Tech, Co. hereby waives any applicable objection regarding this hearing date or notice thereof.

494.04.PLE.NTC.Mot.Dismiss.Stip.Hearing.Date.wpd   2

STIPULATION TO SET NEW HEARING DATE MOTION TO DISMISS, OR, ALTERNATIVELY, TO STRIKE; [PROPOSED] ORDER THEREON - CASE NO: 3:10-cv-04368-RS

1 | Dated: October 14, 2010        MENNEMEIER, GLASSMAN & STROUD LLP
                                   ANDREW W. STROUD
2 |                                LANDON D. BAILEY

3 |

4 |                         By:    /s/ Andrew W. Stroud
                                   Andrew W. Stroud
5 |                                Attorneys for Defendant Video Gaming Technologies, Inc.

6 |
    Dated: October 14, 2010        THE SHAFER LAW GROUP
7 |                                JOHN S. KNOWLTON

8 |

9 |                         By:    /s/ John S. Knowlton
                                   John S. Knowlton
10|                                Attorneys for Plaintiff OEM-Tech, Co.

11|

12|
           PURSUANT TO STIPULATION, IT IS SO ORDERED.
13|

14|

15|
    Dated: 11/1/10           By:   [signature]
16|                                Honorable Richard Seeborg
                                   United States District Court, Northern District of California
17|

494.04.PLE.NTC.Mot.Dismiss.Stip.Hearing.Date.wpd        3

STIPULATION TO SET NEW HEARING DATE MOTION TO DISMISS, OR, ALTERNATIVELY, TO
STRIKE; [PROPOSED] ORDER THEREON - CASE NO: 3:10-cv-04368-RS