1  MENNEMEIER, GLASSMAN & STROUD LLP
   ANDREW W. STROUD (SBN 126475)
2  LANDON D. BAILEY (SBN 240236)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814
   Telephone:   (916) 553-4000
4  Facsimile:   (916) 553-4011
   E-mail:      stroud@mgslaw.com
5
   Attorneys for Defendant
6  Video Gaming Technologies, Inc.

7

8                  UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | OEM-TECH, CO, a California sole          ) | Case No. 3:10-cv-04368-RS
   | proprietorship owned and operated by Charles )
12 | Estes,                                    ) | **STIPULATION TO POSTPONE**
   |                                           ) | **HEARING DATE ON MOTION TO**
13 |        Plaintiff,                         ) | **DISMISS PLAINTIFFS' THIRD AND**
   |                                           ) | **FIFTH CLAIMS FOR RELIEF**
14 | v.                                        ) | **PURSUANT TO FEDERAL RULE OF**
   |                                           ) | **CIVIL PROCEDURE 12(b)(6), OR,**
15 | VIDEO GAMING TECHNOLOGIES, INC., a )        | **ALTERNATIVELY, STRIKE**
   | Corporation doing business in California as ) | **PURSUANT TO FEDERAL RULE OF**
16 | VGT, INC., and DOES 1-50, inclusive       ) | **CIVIL PROCEDURE 12(f) IN LIGHT OF**
   |                                           ) | **PLAINTIFF'S COUNSEL'S MOTION**
17 |        Defendant.                         ) | **TO WITHDRAW; [PROPOSED] ORDER**
   |                                           ) | **THEREON**
18 |                                           ) |
   |                                           ) | Date:     December 16, 2010
19 |                                           ) | Time:     1:30 p.m.
   |                                           ) | Judge:    Honorable Richard Seeborg
20 |                                           ) | Location: Courtroom 3, 17th Floor
   |                                           ) |
21 | _____      ) | Complaint Filed:    July 16, 2010

22                                               Date of Removal:    September 28, 2010

494.04.PLE.NTC.Mot.Dismiss.Stip.Hearing.Date.No.2.wpd       1

**RECITALS**

1. On September 28, 2010, Defendant Video Gaming Technologies, Inc. ("VGT") removed this matter from California Superior Court for the County of Alameda. At that time, this matter was assigned to Magistrate Judge James Larson.

2. On October 5, 2010, Defendant VGT filed a Motion to Dismiss Plaintiff's Third and Fifth Claims for Relief Pursuant to Federal Code of Civil Procedure 12(b)(6), Or, Alternatively, to Strike Pursuant to Federal Rule of Civil Procedure 12(f) (the "VGT Motion to Dismiss"). The VGT Motion to Dismiss was noticed and scheduled to be heard on November 3, 2010 before Magistrate Judge James Larson.

3. On October 5, 2010, Defendant VGT also filed a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.

4. On October 6, 2010, this Court issued a Reassignment Order. The Reassignment Order assigned this matter to Judge Richard Seeborg, and vacated the previously established hearing date on the VGT Motion to Dismiss.

5. On October 14, 2010, counsel for both parties submitted a stipulation to postpone the hearing date on VGT's Motion to Dismiss to December 16, 2010. On November 1, 2010, Judge Seeborg signed and filed the stipulation, thereby setting VGT's Motion to Dismiss for hearing on December 16, 2010.

6. On November 18, 2010, counsel for Plaintiff OEM-Tech, Co. filed a Motion By Counsel For Plaintiff to Withdraw as Counsel of Record.

7. Counsel for Plaintiff OEM-Tech, Co. has requested that VGT agree to continue the hearing date on VGT's Motion to Dismiss again to give Plaintiff OEM-Tech, Co. sufficient time to resolve its issues with regard to representation, to give Plaintiff OEM-Tech, Co. sufficient time to secure new counsel if necessary, and to permit such new counsel sufficient time to review the file and respond to VGT's Motion to Dismiss. VGT would like to accommodate this request.

/ / /

/ / /

**STIPULATION**

In light of the above-specified facts, the parties hereby stipulate as follows:

1. The VGT Motion to Dismiss shall be heard on March 24, 2011, at 1:30 p.m., before the Honorable Judge Richard Seeborg. Plaintiff OEM-Tech, Co.'s opposition brief, if any, shall be filed on or before March 3, 2011. Defendant VGT's reply brief, if any, shall be filed on or before March 10, 2011.

2. Defendant VGT shall serve Plaintiff OEM-Tech, Co. with a Second Amended Notice reflecting this new hearing date and briefing schedule. Plaintiff OEM-Tech, Co. hereby waives any applicable objection regarding this new hearing date or notice thereof.

Dated: November 19, 2010         MENNEMEIER, GLASSMAN & STROUD LLP
                                 ANDREW W. STROUD
                                 LANDON D. BAILEY

                        By:      /s/ Andrew W. Stroud
                                 Andrew W. Stroud
                                 Attorneys for Defendant Video Gaming Technologies, Inc.

Dated: November 19, 2010         THE SHAFER LAW GROUP
                                 JOHN S. KNOWLTON

                        By:      /s/ John S. Knowlton
                                 John S. Knowlton
                                 Attorneys for Plaintiff OEM-Tech, Co.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/22/10          By:     [signature]
                                 Honorable Richard Seeborg
                                 United States District Court, Northern District of California