**\*E-Filed 12/23/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OEM-TECH, CO., a California sole proprietorship owned and operated by Charles Estes,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIDEO GAMING TECHNOLOGIES, INC., a corporation doing business in California as VGT, INC., and DOES 1-50, inclusive,<br><br>　　　　　Defendant._____/ | No. C 10-04368 RS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

In this action, John S. Knowlton of The Shafer Law Group, attorney for plaintiff OEM-Tech, Co., moves to withdraw as counsel of record. Pursuant to Civil Local Rule 7-1(b), the Court finds this unopposed motion suitable for disposition without oral argument. Good cause appearing, the motion is granted and the hearing on the motion presently set for January 6, 2011 is vacated. Although Knowlton's notice of motion to withdraw indicates that he requested Charles Estes, sole proprietor of OEM-Tech, retain new counsel or enter his appearance in *pro* per, as plaintiff OEM-Tech is an entity, it cannot appear in this action except through an attorney. Additionally, Kipp Charlton Wordell of the Wordell Law Group is unaffected by this present motion and thus remains counsel of record.

The parties' Case Management Conference currently scheduled for January 6, 2011 is rescheduled for **May 26, 2011 at 10:00 a.m.** and shall be conducted by telephone. The parties shall call Court Conference at 866/582-6878 at least one week prior to the conference to arrange their participation and shall also file a Joint Case Management Conference Statement at least one week prior to the conference.

IT IS SO ORDERED.

Dated: 12/23/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE