Charles R. Estes, (PRO-SE)
650 Murray Hill Road
Hill, New Hampshire, 03243
Ph.925-785-7003

CharlesEStes@OEM-Tech.com

**CHARLES R. ESTES. d.b.a.
OEM-TECH, a California sole proprietorship.**

FILED

JAN - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. ESTES d.b.a. OEM-TECH. a California sole proprietorship.<br><br>Plaintiff,<br>vs.<br><br>VIDEO GAMING TECHNOLOGIES, INC. a Corporation doing business in California as VGT, INC, and DOES 1-50, Inclusive,<br>Defendants. | CASE NO.: 3:10 cv 04368 JL RS<br><br>**PLAINTIFF CHARLES ESTES, PRO-SE PETITION TO FILE ELECTRONICALLY. REQUEST TO PRECEDE PRO-SE**<br><br>Location: Courtroom # 3 17th Flr.<br>450 Golden Gate Ave.<br>San Francisco, CA<br>**Honorable Richard Seeborg**<br><br>Complaint File: July 16th 2010<br>Date of Removal: Sept. 28th, 2010 |

> Plaintiff CHARLES R. ESTES d.b.a. OEM-TECH, ("OEM"), a California Sole Proprietorship which is owned and operated by Charles Estes hereby requests the Honorable Magistrate Richard SeeBorg hereafter allow PLAINTIFF to file and correspond electronically. PLAINTIFF has established a PACER acct. and has submitted the appropriate PRO-SE ECF registration, pending approval of this petition.

1
PLAINTIFF'S REQUEST TO FILE ELECTRONICALLY

1  Pursuant to Judge's ruling dated 12/23/2010, OEM-Tech as a California sole proprietorship owned and operated by Charles R. Estes, OEM-TECH is not a Limited Liability Corporation, (LLC) Limited Partnership or Corporation, deemed a separate entity. Whatever is done unto one is therefore done unto the other. Plaintiff requests to precede PRO-SE.

PLAINTIFF has submitted the appropriate CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE.

_____
CHARLES R. ESTES, (PRO-SE) PLAINTIFF

12-31-2010
_____
DATED

**ORDER**

Petition / Request is Granted

DATED: ~~JANUARY~~ February 11, 2011

_____
**HONORABLE RICHARD SEEBORG**
**UNITED STATES DISTRIC COURT JUDGE**