C. KIPP WORDELL (SBN: 191544)
WORDELL LAW GROUP
356 Providence Mine Road, Suite C
Nevada City, California 95959
530.470.0900 (Phone)
530.470.0909 (Fax)
kipp@wordelllaw.com

Attorneys for Plaintiff OEM-TECH, CO., a California Sole Proprietorship Owned and Operated by Charles Estes

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OEM-TECH CO., a California Sole Proprietorship Owned and Operated by Charles Estes<br><br>Plaintiff,<br>vs.<br><br>VIDEO GAMING TECHNOLOGIES, INC., A Corporation doing business in California as VGT, INC., and DOES 1-50, Inclusive<br><br>Defendants. | Case No.: 3:10-cv-04368-JL<br><br>**STIPULATION BETWEEN PLAINTIFF AND PLAINTIFF'S COUNSEL, C. KIPP WORDELL, TO REMOVE C. KIPP WORDELL AS COUNSEL OF RECORD and ORDER THEREON**<br><br>Location: Courtroom No. 3, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102<br>Honorable Richard Seeborg<br><br>Complaint Filed: July 16, 2010<br>Date of Removal: September 28, 2010 |

On August 10, 2010, CHARLES ESTES notified C. KIPP WORDELL, in writing that neither he nor his company OEM-TECH CO. required further legal representation by MR. WORDELL regarding Plaintiff's lawsuit against VIDEO GAMING TECHNOLOGIES, INC. (VGT) on file in the Alameda County Superior Court. On or about September 28, 2010, this matter was removed by Defendant VGT to this Court.

IT IS HEREBY STIPULATED by and between Plaintiff and C. KIPP WORDELL, that the legal services of C. KIPP WORDELL on behalf of Plaintiff are terminated and he is to be removed as counsel of record for CHARLES ESTES and OEM-TECH CO. in the above-captioned matter.

Dated: December 8, 2010.

_____
OEM-TECH CO., a California Sole
Proprietorship Owned and Operated by
Charles Estes

Dated: December 8, 2010

_____
C. KIPP WORDELL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED that C. KIPP WORDELL is removed as counsel of record for CHARLES ESTES and OEM-TECH CO. in the above-captioned matter.

Dated: 2/11/11

_____
HONORABLE RICHARD SEEBORG