| | |
|---|---|
| 1 | MENNEMEIER, GLASSMAN & STROUD LLP |
| | ANDREW W. STROUD (SBN 126475) |
| 2 | LANDON D. BAILEY (SBN 240236) |
| | 980 9th Street, Suite 1700 |
| 3 | Sacramento, CA 95814 |
| | Telephone:     (916) 553-4000 |
| 4 | Facsimile:      (916) 553-4011 |
| | E-mail:          stroud@mgslaw.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | Video Gaming Technologies, Inc. |
| 7 | CHARLES R. ESTES |
| | 650 Murray Hill Rd. |
| 8 | Hill, N.H. 03243 |
| 9 | In pro per |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OEM-TECH, CO., a California sole proprietorship owned and operated by Charles Estes, | Case No. 3:10-cv-04368-RS |
| | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER** |
| Plaintiff, | |
| v. | |
| | Judge:     Honorable Richard Seeborg |
| VIDEO GAMING TECHNOLOGIES, INC., a Corporation doing business in California as VGT, INC., and DOES 1-50, inclusive | Location:  Courtroom 3, 17th Floor |
| | Complaint Filed:     July 16, 2010 |
| Defendant. | Date of Removal:    September 28, 2010 |

## RECITALS

1.     On June 30, 2011, this Court issued a Case Management Scheduling Order in the above-captioned matter.

2.     The June 30, 2011 Case Managements Scheduling Order (a) set November 30, 2011 as the deadline to complete all non-expert discovery; (b) set this matter for a further Case Management Conference on December 15, 2011; and (c) referred this matter to Early Neutral Evaluation, to be completed within ninety (90) days of the Order.

/ / /

3. The parties participated in an Early Neutral Evaluation session on September 23, 2011. At the conclusion of the Early Neutral Evaluation session, the parties entered into a stipulation whereby they agreed to continue certain discovery deadlines to enable the parties to attempt to reach an informal resolution to the matter. In this stipulation, the parties also agreed that, should the parties' negotiations not be successful after three weeks, the parties would mutually seek from this Court and stipulate to an extension of court-established dates.

4. Unfortunately, the parties have not been able to reach an agreement with regard to an informal resolution of this matter to date. Accordingly, pursuant to their stipulation following the Early Neutral Evaluation, the parties now mutually agree and stipulate to a four (4) week continuance of the non-expert discovery deadline and the Case Management Conference established by this Court in its June 30, 2011 Scheduling Order.

## STIPULATION

In light of the above-recited facts, the parties hereby stipulate to modify the June 30, 2011 Case Management Scheduling Order as follows:

1. The deadline for completion of non-expert discovery in this matter, as established in Paragraph 2 of the June 30, 2011 Scheduling Order, shall be continued four (4) weeks such that the applicable deadline shall now be December 28, 2011.

2. The Further Case Management Conference in this matter shall be continued four (4) weeks such that it will now be held on January 12, 2012.

Dated: October 24, 2011                MENNEMEIER, GLASSMAN & STROUD LLP
                                       ANDREW W. STROUD
                                       LANDON D. BAILEY


                                By:    /s/ Landon D. Bailey
                                       Landon D. Bailey
                                       Attorneys for Defendant
                                       Video Gaming Technologies, Inc.

1 | Dated: October 24, 2011                    OEM-TECH, CO.

                                          By:      /s/ Charles Estes
                                                 Charles Estes
                                                 In Pro Per
                                                 Sole Proprietor of OEM-TECH, CO.

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___10/24/11___         By:  _/s/ Richard Seeborg_____
                                          Honorable Richard Seeborg
                                          United States District Court, Northern District of California

494.04.PLE.stip.order.mod.scheduling.order.wpd                3
STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER
CASE NO. 3:10-cv-04368-RS