**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. ESTES d.b.a. OEM-Tech,<br><br>    Plaintiff,<br><br>  v.<br><br>VIDEO GAMING TECHNOLOGIES, INC.,<br><br>    Defendant.<br>_____/ | No. 10-4368 RS<br><br>**ORDER RE: PLAINTIFF'S DECEMBER 23, 2011 LETTER (Dkt. No. 89.)** |

    The Court is in receipt of Plaintiff's discovery letter dated December 23, 2011. The letter does not conform to the Court's standing order which requires the parties to submit a joint letter regarding any discovery disputes. Nonetheless, as Plaintiff is proceeding in pro se, the Court will consider the letter once Defendant has had an opportunity to respond. Accordingly, Defendant shall file a response, in letter form, on or before January 10, 2012.

    **IT IS SO ORDERED.**

Dated: January 3, 2012

                                                    JACQUELINE SCOTT CORLEY
                                                    UNITED STATES MAGISTRATE JUDGE