IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES R. ESTES d.b.a. OEM-Tech,

    Plaintiff,

v.

VIDEO GAMING TECHNOLOGIES, INC.,

    Defendant.

No. C10-4368 RS (JSC)

**ORDER RE: HEARING ON PLAINTIFF'S DECEMBER 23, 2011 LETTER (Dkt. No. 89.)**

On January 3, 2012, the Court ordered Defendant to respond to Plaintiff's December 23, 2011 letter. At the time of the Order the Court was not aware that Defendant had already responded to the letter. (Dkt. No. 91.) Accordingly, the Court's January 3, 2012 order (Dkt. No. 95) is vacated. The Court will hold a telephonic hearing on the parties' discovery dispute at 2:00 p.m. PST on Monday, January 9, 2012. Counsel for defendant shall conference in Mr. Estes and call the Court at 415-522-2015 for the hearing.

**IT IS SO ORDERED.**

Dated: January 4, 2012

    JACQUELINE SCOTT CORLEY
    UNITED STATES MAGISTRATE JUDGE