IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES R. ESTES d.b.a. OEM-Tech,

    Plaintiff,

  v.

VIDEO GAMING TECHNOLOGIES, INC.,

    Defendant.

No. C10-4368 RS (JSC)

**ORDER RE: DEFENDANT'S REDACTIONS**

The Court has reviewed *in camera* the redactions made by Defendant to Bates no. VGT 002764 and VGT 002765 and finds that they are protected from discovery by the attorney-client privilege.

**IT IS SO ORDERED.**

Dated: January 20, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE