IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

OEM-TECH, d/b/a CHARLES ESTES,

    Plaintiff,

v.

VIDEO GAMING TECHNOLOGIES, INC., and DOES 1-50,

    Defendants.

No. C 10-04368 RS

**ORDER RE: LEAVE TO AMEND**

Plaintiff was granted leave to amend in this Court's prior order granting defendant's motion for partial summary judgment and motion to dismiss (Dkt. No. 169), and subsequently filed amended pleadings, including one longer complaint (Dkt. No. 171), apparently in error. Plaintiff's most recent filing, styled as a proposed order (Dkt. No. 172), indicates that the intended operative complaint is the "6th Amended Complaint Short Form" (Dkt. No. 170). Upon review, that document appears to comport with the scope of leave to amend granted plaintiff in the prior order, and it is therefore deemed the operative pleading.

IT IS SO ORDERED.

Dated: 8/31/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-04368 RS
ORDER