**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OEM-TECH, d/b/a CHARLES ESTES, | No. C 10-04368 RS |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIMS** |
| VIDEO GAMING TECHNOLOGIES, INC., and DOES 1-50, | |
| Defendants. | |
| _____/ | |

On February 15, 2013, Defendant/Counter-claimant Video Gaming Technologies, Inc.
(VGT) filed a motion to shorten time pursuant to Civil Local Rule 6-3 for hearing on motion for
voluntary dismissal of counterclaims.  Plaintiff/Counter-defendant OEM does not object to the
request for shortened time.  The Court has determined that, pursuant to Civil Local Rule 7-1(b), the
motion for voluntary dismissal of counterclaims is suitable for disposition without oral argument,
therefore the hearing set for the motion is vacated and the following briefing schedule is set:

OEM may file a response, if any, on or before March 4, 2013.

VGT may file a reply, if any, on or before March 8, 2013.

IT IS SO ORDERED.

Dated:  2/25/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE